## STEINOLA CO. v. STEINWAY & SONS.

(Court of Appeals of District of Columbia. Submitted November 11, 1920. Decided January 3, 1921.)

### No. 1335.

Trade-marks and trade-names ☞43—Piano manufacturer can oppose registration of similar name for phonographs.

Steinway & Sons, manufacturers of pianos, can successfully oppose the registration of the word "Steinola" as a trade-mark for phonographs.

Appeal from the Commissioner of Patents.

Application by the Steinola Company for registration of a trade-mark, opposed by Steinway & Sons. From a decision of the Commissioner of Patents, sustaining the opposition, the applicant appeals. Affirmed.

T. K. Bryant and Joseph W. Milburn, both of Washington, D. C., for appellant.

C. P. Goepel, of New York City, and W. G. Henderson, of Washington, D. C., for appellee.

PER CURIAM. This is a trade-mark opposition, in which Steinway & Sons, manufacturers of pianos, object to the registration by appellant company of the word "Steinola" as a trade-mark for phonographs. We concur in the opinion of the Commissioner of Patents sustaining the opposition.

The decision is affirmed.

Affirmed.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes